*rett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 424. MEMPHIS NATURAL GAS CO. *v.* McCANLESS, COMMISSIONER OF FINANCE & TAXATION, ET AL. See *ante,* p. 670.

No. 99. CROWLEY *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Court of Claims denied. *H. D. Driscoll* and *H. Russell Bishop* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Abraham J. Harris* for the United States.

No. 100. SILAS MASON CO., INC. ET AL. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Court of Claims denied. *Samuel T. Ansell* and *Burr Tracy Ansell* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 104. KIRBY LUMBER CO. *v.* KOUNTZE ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Joyce Cox* for petitioner. *Everett L. Looney* for respondents.